Payslip: Tristan Rumble - 12/15/2025 (Regular SemiMonthly) - Complete

## Company Information

| Name | Address | Phone |
|---|---|---|
| Church & Dwight Co., Inc. | 500 Charles Ewing Blvd<br>Princeton South Corporate Center<br>Ewing, NJ 08628<br>United States of America | +1 609-806-1200 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tristan Rumble | 132 Rutgers Road<br>Piscataway, NJ 08854 | ███ | 12/01/2025 | 12/15/2025 | 12/15/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 81.25 | 3,500.00 | 212.15 | 977.63 | 251.56 | 2,058.66 |
| YTD | 1,868.75 | 84,600.66 | 4,985.78 | 24,145.00 | 4,454.21 | 51,015.67 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 4,076.05 |
| Fitness Reimbursement | | | | | 240.00 |
| Group Term Life | 12/01/2025 - 12/15/2025 | 0.00 | 0.00 | 2.16 | 48.72 |
| Salary | 12/01/2025 - 12/15/2025 | 81.25 | 3,500.00 | 3,500.00 | 79,966.68 |
| Spot Bonus Gross Up | | | | | 317.93 |
| | | | Total: | 3,502.16 | 84,649.38 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 210.49 | 5,095.47 |
| Medicare | 49.23 | 1,191.68 |
| Federal Withholding | 565.58 | 13,877.15 |
| State Tax - NJ | 141.13 | 3,525.54 |
| SUI-Employee Paid - NJ | | 165.62 |
| NJ FLI - NJFLI | 11.20 | 271.14 |
| NJ WFD - NJWDF | | 18.40 |
| Total: | 977.63 | 24,145.00 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 105.00 | 2,521.33 |
| Dental | 6.47 | 148.81 |
| Medical Pretax | 96.73 | 2,224.79 |
| Pretax Vision | 3.95 | 90.85 |
| Total: | 212.15 | 4,985.78 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L01) | 111.56 | 892.48 |

Confidential Report

Case 26-10758-djb    Doc 11    Filed 04/08/26    Entered 04/08/26 17:28:56    Desc Main

Payslip: Tristan Rumble – 12/15/2025 (Regular
SemiMonthly) - Complete

06:23 AM
02/03/2026
Page 2 of 2

Document      Page 2 of 14

| Description | Amount | YTD |
|---|---|---|
| Offset | | 200.00 |
| ROTH Basic | 140.00 | 3,361.73 |
| Total: | 251.56 | 4,454.21 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,395.01 | 82,184.93 |
| Medicare - Taxable Wages | 3,395.01 | 82,184.93 |
| Federal Withholding - Taxable Wages | 3,290.01 | 79,663.60 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Affinity Federal Credit Union | Affinity Checking Account | ******2661 | 2,058.66 | USD |
| | | Total: | 2,058.66 | |

Payslip: Tristan Rumble - 12/31/2025 (Regular
SemiMonthly) - Complete

06:23 AM
02/03/2026
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Church & Dwight Co., Inc. | 500 Charles Ewing Blvd<br>Princeton South Corporate Center<br>Ewing, NJ 08628<br>United States of America | +1 609-806-1200 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tristan Rumble | 132 Rutgers Road<br>Piscataway, NJ 08854 | ▓▓ | 12/16/2025 | 12/31/2025 | 12/31/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 81.25 | 3,500.00 | 212.15 | 977.63 | 251.56 | 2,058.66 |
| YTD | 1,950.00 | 88,100.66 | 5,197.93 | 25,122.63 | 4,705.77 | 53,074.33 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 4,076.05 |
| Fitness Reimbursement | | | | | 240.00 |
| Group Term Life | 12/16/2025 - 12/31/2025 | 0.00 | 0.00 | 2.16 | 50.88 |
| Salary | 12/16/2025 - 12/31/2025 | 81.25 | 3,500.00 | 3,500.00 | 83,466.68 |
| Spot Bonus Gross Up | | | | | 317.93 |
| | | | Total: | 3,502.16 | 88,151.54 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 210.49 | 5,305.96 |
| Medicare | 49.23 | 1,240.91 |
| Federal Withholding | 565.58 | 14,442.73 |
| State Tax - NJ | 141.13 | 3,666.67 |
| SUI-Employee Paid - NJ | | 165.62 |
| NJ FLI - NJFLI | 11.20 | 282.34 |
| NJ WFD - NJWDF | | 18.40 |
| Total: | 977.63 | 25,122.63 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 105.00 | 2,626.33 |
| Dental | 6.47 | 155.28 |
| Medical Pretax | 96.73 | 2,321.52 |
| Pretax Vision | 3.95 | 94.80 |
| Total: | 212.15 | 5,197.93 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L01) | 111.56 | 1,004.04 |

Confidential Report

Case 26-10758-djb   Doc 11   Filed 04/08/26   Entered 04/08/26 17:28:56   Desc Main
Document   Page 4 of 14

Payslip: Tristan Rumble 12/31/2025 (Regular
SemiMonthly) - Complete

06:23 AM
02/03/2026
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Offset | | 200.00 |
| ROTH Basic | 140.00 | 3,501.73 |
| Total: | 251.56 | 4,705.77 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,395.01 | 85,579.94 |
| Medicare - Taxable Wages | 3,395.01 | 85,579.94 |
| Federal Withholding - Taxable Wages | 3,290.01 | 82,953.61 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Affinity Federal Credit Union | Affinity Checking Account | ******2661 | 2,058.66 | USD |
| | | Total: | 2,058.66 | |

Payslip: Tristan Rumble 01/15/2026 (Regular SemiMonthly) - Complete

## Company Information

| Name | Address | Phone |
|---|---|---|
| Church & Dwight Co., Inc. | 500 Charles Ewing Blvd<br>Princeton South Corporate Center<br>Ewing, NJ 08628<br>United States of America | +1 609-806-1200 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tristan Rumble | 132 Rutgers Road<br>Piscataway, NJ 08854 | ███ | 01/01/2026 | 01/15/2026 | 01/15/2026 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 81.25 | 3,500.00 | 151.11 | 997.29 | 146.56 | 2,205.04 |
| YTD | 81.25 | 3,500.00 | 151.11 | 997.29 | 146.56 | 2,205.04 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 01/01/2026 - 01/15/2026 | 0.00 | 0.00 | 2.16 | 2.16 |
| Salary | 01/01/2026 - 01/15/2026 | 81.25 | 3,500.00 | 3,500.00 | 3,500.00 |
| | | | Total: | 3,502.16 | 3,502.16 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 209.94 | 209.94 |
| Medicare | 49.10 | 49.10 |
| Federal Withholding | 569.54 | 569.54 |
| State Tax - NJ | 146.03 | 146.03 |
| SUI-Employee Paid - NJ | 13.40 | 13.40 |
| NJ FLI - NJFLI | 7.79 | 7.79 |
| NJ WFD - NJWDF | 1.49 | 1.49 |
| Total: | 997.29 | 997.29 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 35.00 | 35.00 |
| Dental | 6.73 | 6.73 |
| Medical Pretax | 105.43 | 105.43 |
| Pretax Vision | 3.95 | 3.95 |
| Total: | 151.11 | 151.11 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L01) | 111.56 | 111.56 |
| ROTH Basic | 35.00 | 35.00 |
| Total: | 146.56 | 146.56 |

Case 26-10758-djb    Doc 11    Filed 04/08/26    Entered 04/08/26 17:28:56    Desc Main

06:23 AM

Payslip: Tristan Rumble 01/15/2026 (Regular

Document    Page 6 of 14

02/03/2026

SemiMonthly) - Complete

Page 2 of 2

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,386.05 | 3,386.05 |
| Medicare - Taxable Wages | 3,386.05 | 3,386.05 |
| Federal Withholding - Taxable Wages | 3,351.05 | 3,351.05 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Affinity Federal Credit Union | Affinity Checking Account | ******2661 | 2,205.04 | USD |
| | | | Total: 2,205.04 | |

Confidential Report



Church & Dwight Co., Inc.    500 Charles Ewing Blvd Princeton South Corporate Center Ewing, NJ 08628    +1 609-806-1200

Tristan Rumble    132 Rutgers Road Piscataway, NJ 08854

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|---------------|------------|--------------|
| Tristan Rumble | Church & Dwight Co., Inc. | ■ | 01/16/2026 | 01/31/2026 | 01/30/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 81.25 | 3,500.00 | 151.11 | 997.27 | 146.56 | 2,205.06 |
| YTD | 162.50 | 7,000.00 | 302.22 | 1,994.56 | 293.12 | 4,410.10 |

| Earnings | | | | | | Employee Taxes | | |
|----------|---|---|---|---|---|----------------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Group Term Life | 01/16/2026 - 01/31/2026 | 0 | 0 | 2.16 | 4.32 | OASDI | 209.93 | 419.87 |
| Salary | 01/16/2026 - 01/31/2026 | 81.25 | 3500 | 3,500.00 | 7,000.00 | Medicare | 49.10 | 98.20 |
| | | | | | | Federal Withholding | 569.54 | 1,139.08 |
| | | | | | | State Tax - NJ | 146.03 | 292.06 |
| | | | | | | SUI-Employee Paid - NJ | 13.39 | 26.79 |
| | | | | | | NJ WFD - NJWDF | 1.49 | 2.98 |
| | | | | | | NJ FLI - NJFLI | 7.79 | 15.58 |
| Earnings | | | | 3,502.16 | 7,004.32 | Employee Taxes | 997.27 | 1,994.56 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|---|---|---------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Pretax | 35.00 | 70.00 | 401k Loan (L01) | 111.56 | 223.12 |
| Dental | 6.73 | 13.46 | ROTH Basic | 35.00 | 70.00 |
| Medical Pretax | 105.43 | 210.86 | | | |
| Pretax Vision | 3.95 | 7.90 | | | |
| Pre Tax Deductions | 151.11 | 302.22 | Post Tax Deductions | 146.56 | 293.12 |

| Taxable Wages | | |
|---------------|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 3,386.05 | 6,772.10 |
| Medicare - Taxable Wages | 3,386.05 | 6,772.10 |
| Federal Withholding - Taxable Wages | 3,351.05 | 6,702.10 |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|--------------------|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Affinity Federal Credit Union | Affinity Checking Account | ******2661 | | 2,205.06 | USD |



Church & Dwight Co., Inc.    500 Charles Ewing Blvd Princeton South Corporate Center Ewing, NJ 08628    +1 609-806-1200
Tristan Rumble    1222 N 2nd Street Apt. 411 Philadelphia, PA 19122

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Tristan Rumble | Church & Dwight Co., Inc. | | ▮ | 02/01/2026 | 02/15/2026 | 02/13/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 81.25 | 3,500.00 | 151.11 | 1,232.11 | 146.56 | 1,970.22 |
| YTD | 243.75 | 10,500.00 | 453.33 | 3,226.67 | 439.68 | 6,380.32 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Group Term Life | 02/01/2026 - 02/15/2026 | 0 | 0 | 2.28 | 6.60 | OASDI | 209.94 | 629.81 |
| Salary | 02/01/2026 - 02/15/2026 | 81.25 | 3500 | 3,500.00 | 10,500.00 | Medicare | 49.09 | 147.29 |
| | | | | | | Federal Withholding | 569.57 | 1,708.65 |
| | | | | | | State Tax - PA | 103.89 | 103.89 |
| | | | | | | State Tax - NJ | 146.04 | 438.10 |
| | | | | | | SUI-Employee Paid - NJ | 13.40 | 40.19 |
| | | | | | | City Tax - PHILA | 130.90 | 130.90 |
| | | | | | | NJ WFD - NJWDF | 1.49 | 4.47 |
| | | | | | | NJ FLI - NJFLI | 7.79 | 23.37 |
| Earnings | | | | 3,502.28 | 10,506.60 | Employee Taxes | 1,232.11 | 3,226.67 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| 401k Pretax | 35.00 | 105.00 | 401k Loan (L01) | | 111.56 | 334.68 |
| Dental | 6.73 | 20.19 | ROTH Basic | | 35.00 | 105.00 |
| Medical Pretax | 105.43 | 316.29 | | | | |
| Pretax Vision | 3.95 | 11.85 | | | | |
| Pre Tax Deductions | 151.11 | 453.33 | Post Tax Deductions | | 146.56 | 439.68 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 3,386.17 | 10,158.27 |
| Medicare - Taxable Wages | 3,386.17 | 10,158.27 |
| Federal Withholding - Taxable Wages | 3,351.17 | 10,053.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| SoFi | Checking Account | ******1819 | | 1,970.22    USD |

Payslip: Tristan Rumble 02/28/2026 (Regular
SemiMonthly) - Complete

## Company Information

| Name | Address | Phone |
|---|---|---|
| Church & Dwight Co., Inc. | 500 Charles Ewing Blvd<br>Princeton South Corporate Center<br>Ewing, NJ 08628<br>United States of America | +1 609-806-1200 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tristan Rumble | 1222 N 2nd Street<br>Apt. 411<br>Philadelphia, PA 19122 | ■ | 02/16/2026 | 02/28/2026 | 02/27/2026 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 81.25 | 3,500.00 | 151.11 | 1,232.12 | 146.56 | 1,970.21 |
| YTD | 325.00 | 14,000.00 | 604.44 | 4,458.79 | 586.24 | 8,350.53 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 02/16/2026 - 02/28/2026 | 0.00 | 0.00 | 2.28 | 8.88 |
| Salary | 02/16/2026 - 02/28/2026 | 81.25 | 3,500.00 | 3,500.00 | 14,000.00 |
| | | | Total: | 3,502.28 | 14,008.88 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 209.95 | 839.76 |
| Medicare | 49.10 | 196.39 |
| Federal Withholding | 569.57 | 2,278.22 |
| State Tax - PA | 103.89 | 207.78 |
| State Tax - NJ | 146.04 | 584.14 |
| SUI-Employee Paid - NJ | 13.39 | 53.58 |
| City Tax - PHILA | 130.90 | 261.80 |
| NJ FLI - NJFLI | 7.79 | 31.16 |
| NJ WFD - NJWDF | 1.49 | 5.96 |
| Total: | 1,232.12 | 4,458.79 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 35.00 | 140.00 |
| Dental | 6.73 | 26.92 |
| Medical Pretax | 105.43 | 421.72 |
| Pretax Vision | 3.95 | 15.80 |
| Total: | 151.11 | 604.44 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L01) | 111.56 | 446.24 |

Confidential Report

Case 26-10758-djb   Doc 11   Filed 04/08/26   Entered 04/08/26 17:28:56   Desc Main
Payslip: Tristan Rumble 02/28/2020 (Regular
Document   Page 10 of 14
SemiMonthly) - Complete

05:14 PM
04/08/2026
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| ROTH Basic | 35.00 | 140.00 |
| | Total: 146.56 | 586.24 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,386.17 | 13,544.44 |
| Medicare - Taxable Wages | 3,386.17 | 13,544.44 |
| Federal Withholding - Taxable Wages | 3,351.17 | 13,404.44 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| SoFi | Checking Account | ******1819 | 1,970.21 | USD |
| | | | Total: 1,970.21 | |

**City Fitness Management, INC**
1526 Frankford Ave
Philadelphia, PA 19125

Direct Deposit Advice

paylocity

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 5, 2026 | 61325 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY FEDERAL | C | ***2661 | 683.96 |
| **Total Direct Deposits** | | | **683.96** |

35423   FISHTOWN-100   ▉   61325 62521   **35423**
**Tristan Christopher Rumble**
1222 N 2nd Street
Philadelphia, PA  19122

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### City Fitness Management, INC

**Tristan Christopher Rumble**                                                          **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | ▉ | Fed Taxable Income | **869.13** |
| Location | **FISHTOWN-100** | Fed Filing Status | **S** |
| Hourly | **$15.00** | State Filing Status | **S-0** |

| | | |
|---|---|---|
| Check Date | **January 5, 2026** | |
| Period Beginning | **December 16, 2025** | |
| Period Ending | **December 31, 2025** | |

| | | |
|---|---|---|
| Voucher Number | **61325** |
| Net Pay | **683.96** |
| Total Hours Worked | **44.1667** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | 22.50 | 9.1834 | 206.63 | 206.63 |
| REGULAR | 15.00 | 44.1667 | 662.50 | 662.50 |
| **Gross Earnings** | | **53.3501** | **869.13** | **869.13** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 58.88 | 58.88 |
| MED | 12.60 | 12.60 |
| PA | 26.68 | 26.68 |
| PA-PHI1 | 32.51 | 32.51 |
| PASUI-E | 0.61 | 0.61 |
| SS | 53.89 | 53.89 |
| **Taxes** | **185.17** | **185.17** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY FEDERAL CREDIT UNION | C | ***2661 | 683.96 |
| **Total Direct Deposits** | | | **683.96** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Part Time | 5.63 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| Compliment | 54.99 | 54.99 |

City Fitness Management, INC | 1526 Frankford Ave  Philadelphia, PA 19125 | 267-541-2265 | FEIN: 47-5143283 | PA: 75-18583

**City Fitness Management, INC**
1526 Frankford Ave
Philadelphia, PA 19125

Direct Deposit Advice

paylocity

|  | **Check Date** | **Voucher Number** |
|---|---|---|
|  | January 20, 2026 | 61736 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY FEDERAL | C | ***2661 | 71.29 |
| **Total Direct Deposits** | | | **71.29** |

35423    FISHTOWN-100    ▮▮▮    61736  62924    **35423**
**Tristan Christopher Rumble**
1222 N 2nd Street
Philadelphia, PA  19122

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### City Fitness Management, INC

**Tristan Christopher Rumble**                                                                **Earnings Statement**

| Employee ID | ▮▮▮ | Fed Taxable Income | **373.00** | Check Date | **January 20, 2026** | Voucher Number | **61736** |
|---|---|---|---|---|---|---|---|
| Location | **FISHTOWN-100** | Fed Filing Status | **S** | Period Beginning | **January 1, 2026** | Net Pay | **71.29** |
| Hourly | **$15.00** | State Filing Status | **S-0** | Period Ending | **January 15, 2026** | Total Hours Worked | **14.1333** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| COMMISSI |  | 0.00 | 5.00 | 5.00 |
| HOLIDAY | 22.50 | 6.9333 | 156.00 | 362.63 |
| REGULAR | 15.00 | 14.1333 | 212.00 | 874.50 |
| **Gross Earnings** | | **21.0666** | **373.00** | **1,242.13** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 3.76 | 62.64 |
| MED | 5.41 | 18.01 |
| PA | 11.45 | 38.13 |
| PA-PHI1 | 13.95 | 46.46 |
| PASUI-E | 0.26 | 0.87 |
| SS | 23.13 | 77.02 |
| **Taxes** | **57.96** | **243.13** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 240.00 | 240.00 |
| On Demand Payment Fee | 3.75 | 3.75 |
| **Deductions** | **243.75** | **243.75** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| AFFINITY FEDERAL CREDIT UNION | C    ***2661 | 71.29 |
| **Total Direct Deposits** | | **71.29** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Part Time | 5.99 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| Compliment | 54.99 | 109.98 |

City Fitness Management, INC | 1526 Frankford Ave  Philadelphia, PA 19125 | 267-541-2265 | FEIN: 47-5143283 | PA: 75-18583

**City Fitness Management, INC**
1526 Frankford Ave
Philadelphia, PA 19125

Direct Deposit Advice



|  | Check Date | Voucher Number |
|---|---|---|
|  | February 5, 2026 | 62155 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY FEDERAL | C | ***2661 | 0.00 |
| **Total Direct Deposits** | | | **0.00** |

35423    FISHTOWN-100    ███    62155  63335    **35423**
**Tristan Christopher Rumble**
1222 N 2nd Street
Philadelphia, PA  19122

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## City Fitness Management, INC

**Tristan Christopher Rumble**                                                          **Earnings Statement**

| Employee ID | ███ | Fed Taxable Income | **538.25** | Check Date | **February 5, 2026** | Voucher Number | **62155** |
|---|---|---|---|---|---|---|---|
| Location | **FISHTOWN-100** | Fed Filing Status | **S** | Period Beginning | **January 16, 2026** | Net Pay | **0.00** |
| Hourly | **$15.00** | State Filing Status | **S-0** | Period Ending | **January 31, 2026** | Total Hours Worked | **35.8834** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| COMMISSI | | | | 5.00 |
| HOLIDAY | | | | 362.63 |
| REGULAR | 15.00 | 35.8834 | 538.25 | 1,412.75 |
| **Gross Earnings** | | **35.8834** | **538.25** | **1,780.38** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 20.28 | 82.92 |
| MED | 7.80 | 25.81 |
| PA | 16.52 | 54.65 |
| PA-PHI1 | 20.13 | 66.59 |
| PASUI-E | 0.38 | 1.25 |
| SS | 33.37 | 110.39 |
| **Taxes** | **98.48** | **341.61** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 439.77 | 679.77 |
| On Demand Payment Fee | | 3.75 |
| **Deductions** | **439.77** | **683.52** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY FEDERAL CREDIT UNION | C | ***2661 | 0.00 |
| | | | **0.00** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Part Time | 6.88 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| Compliment | 54.99 | 164.97 |

**City Fitness Management, INC**
1526 Frankford Ave
Philadelphia, PA 19125



Direct Deposit Advice

|  | **Check Date** | **Voucher Number** |
|---|---|---|
|  | February 20, 2026 | 62568 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY FEDERAL | C | ***2661 | 0.00 |
| SOFI BANK, NATIONAL | C | ***1819 | 208.53 |
| **Total Direct Deposits** | | | **208.53** |

35423   FISHTOWN-100   ■   62568  63741   **35423**
**Tristan Christopher Rumble**
1222 N 2nd Street
Philadelphia, PA  19122

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## City Fitness Management, INC

**Tristan Christopher Rumble**                                                             **Earnings Statement**

| Employee ID | ■ | Fed Taxable Income | **564.75** | Check Date | **February 20, 2026** | Voucher Number | **62568** |
|---|---|---|---|---|---|---|---|
| Location | **FISHTOWN-100** | Fed Filing Status | **S** | Period Beginning | **February 1, 2026** | Net Pay | **208.53** |
| Hourly | **$15.00** | State Filing Status | **S-0** | Period Ending | **February 15, 2026** | Total Hours Worked | **36.9833** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| COMMISSI | | 0.00 | 10.00 | 15.00 |
| HOLIDAY | | | | 362.63 |
| REGULAR | 15.00 | 36.9833 | 554.75 | 1,967.50 |
| **Gross Earnings** | | **36.9833** | **564.75** | **2,345.13** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 22.93 | 105.85 |
| MED | | | 8.19 | 34.00 |
| PA | | | 17.34 | 71.99 |
| PA-PHI1 | | | 21.12 | 87.71 |
| PASUI-E | | | 0.40 | 1.65 |
| SS | | | 35.01 | 145.40 |
| **Taxes** | | | **104.99** | **446.60** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 246.23 | 926.00 |
| On Demand Payment Fee | 5.00 | 8.75 |
| **Deductions** | **251.23** | **934.75** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL ASSOCIATION | C | ***1819 | 208.53 |
| AFFINITY FEDERAL CREDIT UNION | C | ***2661 | 0.00 |
| **Total Direct Deposits** | | | **208.53** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Part Time | 7.81 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| Compliment | 54.99 | 219.96 |

City Fitness Management, INC | 1526 Frankford Ave  Philadelphia, PA 19125 | 267-541-2265 | FEIN: 47-5143283 | PA: 75-18583