# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10758-DJB |
| Tristan C. Rumble, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on April 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Affinity Federal Credit Union**
Attn: Bankruptcy
73 Mountainview Boulevard
Basking Ridge, NJ 07920

## Method of Service: First Class Mail

**Affirm, Inc.**
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

**Aidvantage**
Attn: Bankruptcy
1891 Metro Center Dr
Reston, VA 20190-5287

**AT&T**
Attn: Bankruptcy Department
Po Box 769
Arlington, TX 76004-0769

**Capital One Auto Finance**
Dept. APS
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**Capitalone**
Po Box 31293
Salt Lake City, UT 84131

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Citibank (various)**
Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

**Comenity Bank/Express**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Goldman Sachs Bank USA**
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

**Home Credit Usa**
Attn: Bankruptcy
6240 Sprint Pkwy
Overland Park, KS 66211

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Macy's/ DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Mohela/dofed**
Po Box 300001
Greenville, TX 75403

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Oneil Rumble**
132 Rutgers Road
Piscataway, NJ 08854

**Rutgers Federal Cu/U**
65 Davidson Rd Rm 310
Piscataway, NJ 08854

**Sallie Mae, Inc**
Attn: Bankruptcy
300 Continental Dr # 4322
Newark, DE 19713-4322

**Santander Bank**
PO Box 847050
Boston, MA 02284

**Sarah Bryczkowski, MD**
30 Rehill Ave
Somerville, NJ 08876-2500

**Snap RTO, LLC**
Po Box 26561
Salt Lake Cty, UT 84126-0561

**Syncb/Old Navy**
Attn: Bankruptcy
PO Box 96506
Orlando, FL 32896-5065

**Synchrony Bank/Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank (various)**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

**Target NB**
C/O Financial & Retail Services
Mailstop BT
PO Box 9475
Minneapolis, MN 55440

**Upstart Finance**
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070