# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

       Tristan C. Rumble,

          Debtor.

Case No. 26-10758-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on April 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 16, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Affinity Federal Credit Union**
Attn: Bankruptcy
73 Mountainview Boulevard
Basking Ridge, NJ 07920

## Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

## Method of Service: Certified Mail

**Capital One Auto Finance**
Attn: Sanjiv Yajnik, President
1680 Capital One Drive
McLean, Virginia, 22102