United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-10758-djb

Tristan C. Rumble                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: 237 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tristan C. Rumble, 1222 N 2nd St Apt 411, Philadelphia, PA 19122-4665 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15107632 | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2026 01:47:44 | Capital One Auto Finance, Dept. APS, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15145120 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2026 01:47:40 | Capital One Auto Finance, a division, of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15144926 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2026 01:47:40 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                          User: admin                                                 Page 2 of 2

Date Rcvd: May 20, 2026                              Form ID: 237                                          Total Noticed: 4

MICHAEL A. CIBIK

on behalf of Debtor Tristan C. Rumble help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REBECCA K. MCDOWELL

on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT L. SALDUTTI

on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com
lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*Form 237* (3/23)–doc 23

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Tristan C. Rumble                          )          Case No. 26–10758–djb
                                               )
                                               )
   Debtor(s).                                  )          Chapter: 13
                                               )
                                               )

## NOTICE

To Capital One Auto Finance;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #6 in the amount of $19066.60 has been filed in your name by the Debtor on 5/20/26.

Date: May 20, 2026                              For The Court

                                                Mohung Wong
                                                Clerk of Court