United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-10758-djb

Tristan C. Rumble                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Jun 25, 2026                     Form ID: 155                                 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristan C. Rumble, 1222 N 2nd St Apt 411, Philadelphia, PA 19122-4665 |
| 15112033 | + | Affinity Federal Credit Union, c/o Saldutti Law Group, Rebecca K. McDowell, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 15112032 | + | Affinity Federal Credit Union, c/o Saldutti Law Group, Robert L. Saldutti, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 15107635 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15107636 | | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15107643 | + | Oneil Rumble, 132 Rutgers Road, Piscataway, NJ 08854-3439 |
| 15107645 | + | Rutgers Federal Cu/U, 65 Davidson Rd Rm 310, Piscataway, NJ 08854-5602 |
| 15107647 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15107648 | | Sarah Bryczkowski, MD, 30 Rehill Ave, Somerville, NJ 08876-2500 |
| 15107655 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15107631 | | Email/Text: g17768@att.com | Jun 26 2026 01:08:00 | AT&T, Attn: Bankruptcy Department, Po Box 769, Arlington, TX 76004-0769 |
| 15107628 | + | Email/Text: bankruptcycare@affinityfcu.com | Jun 26 2026 01:08:00 | Affinity Federal Credit Union, Attn: Bankruptcy 73 Mountainview Bouleva, Basking Ridge, NJ 07920-2332 |
| 15107629 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 26 2026 01:13:30 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15107630 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 26 2026 01:02:52 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15142237 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 26 2026 01:03:10 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15107632 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 26 2026 01:03:10 | Capital One Auto Finance, Dept. APS, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15145120 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 26 2026 01:02:51 | Capital One Auto Finance, a division, of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15144926 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 26 2026 01:02:51 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15107633 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 01:02:31 | Capitalone, Po Box 31293, Salt Lake City, UT |

| | | | |
|---|---|---|---|
| | | | 84131-0293 |
| 15107634 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2026 01:02:30 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15107637 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2026 01:09:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15107641 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:30 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15133178 | ^ MEBN | Jun 26 2026 01:00:01 | FIRST FINANCIAL INVESTMENT FUND V, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 15107638 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 26 2026 01:08:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15107640 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2026 01:08:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15126563 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2026 01:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15115791 | + Email/Text: RASEBN@raslg.com | Jun 26 2026 01:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15107642 | ^ MEBN | Jun 26 2026 00:59:42 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15107644 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2026 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15107649 | Email/Text: bankruptcy@snapfinance.com | Jun 26 2026 01:08:00 | Snap RTO, LLC, Po Box 26561, Salt Lake Cty, UT 84126-0561 |
| 15107646 | + Email/Text: ebn_bkrt_forms@salliemae.com | Jun 26 2026 01:09:00 | Sallie Mae, Inc, Attn: Bankruptcy, 300 Continental Dr # 4322, Newark, DE 19713-4329 |
| 15107650 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:30 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 15107651 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107652 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:49 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15107653 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:49 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15107654 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:28 | Synchrony/American Eagle, Sttn: Bankruptcy PO Box 965065, Orlando, FL 32896-5065 |
| 15146045 | Email/Text: bncmail@w-legal.com | Jun 26 2026 01:09:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 15107656 | + Email/Text: UpStart@ebn.phinsolutions.com | Jun 26 2026 01:09:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 15119687 | + Email/Text: peritus@ebn.phinsolutions.com | Jun 26 2026 01:09:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2                                    User: admin                                    Page 3 of 3

Date Rcvd: Jun 25, 2026                                 Form ID: 155                                    Total Noticed: 39

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15107639 | ##+ | Home Credit Usa, Attn: Bankruptcy, 6240 Sprint Pkwy, Overland Park, KS 66211-1159 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tristan C. Rumble help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT L. SALDUTTI | on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
    Tristan C. Rumble           )        Case No. 26–10758–djb
                          )
                          )
    Debtor(s).               )        Chapter: 13
                          )
                          )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 25, 2026                      For The Court

                                          Derek J Baker
                                          Judge, United States Bankruptcy Court